1  PAMELA E. COGAN (SBN 105089)
   STACY M. TUCKER. (SBN 218942)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 500
3  Redwood City, CA 94063-2052
   Telephone:    (650) 364-8200
4  Facsimile:    (650) 780-1701
   Email: pcogan@rmkb.com, stucker@rmkb.com
5  Attorneys for Defendant,
   LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TONY LAM, | Case No: 3:13-cv-05591-JCS |
|---|---|
| Plaintiff, | **STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT** |
| v. | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, HSBC FINANCE CORPORATION GROUP LONG-TERM DISABILITY PLAN, and DOES 1 to 10, | |
| Defendants. | |

It is hereby stipulated by and between plaintiff TONY LAM and defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON through the parties' attorneys of record, that Defendant shall receive an extension of time to respond to plaintiff's Complaint in this action and shall have up to and including January 28, 2014 to file its response.

**IT IS SO STIPULATED**.

The filer of this document attests that concurrence in this filing has been obtained from all signatories.

RC1/7241572.1/SMT

STIP TO EXTEND TIME TO RESPOND TO COMPLAINT, CASE NO. 3:13-CV-05591-JCS

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Dated  January 10, 2014 | DL LAW GROUP |
| 4 | | |
| 5 | | By: */s/ David M. Lilienstein* |
| 6 | | David M. Lilienstein<br>Attorneys for Plaintiff, TONY LAM |
| 7 | | |
| 8 | Dated  January 10, 2014 | ROPERS, MAJESKI, KOHN & BENTLEY |
| 9 | | |
| 10 | | By: */s/ Stacy M. Tucker* |
| 11 | | PAMELA E. COGAN<br>STACY M. TUCKER |
| 12 | | Attorneys for Defendants, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON |
| 13 | | |
| 14 | | |
| 15 | Dated: 1/13/14 | |

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]